U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 13-20545-cr-Moreno

UNITED STATES OF AMERICA

v.

Inmate Name & No.: Henry Tarrio, Jr. / 98721-004

Alexander Rodriguez et al.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   ANY UNITED STATES MARSHAL, and

WARDEN, the Federal Prison Camp, Pensacola, Florida

It appearing from the petition of the United States of America that Henry Tarrio, Jr., a material witness for the United States in the above entitled case, is confined in the Federal Prison Camp at Pensacola, Florida and that this case is set for trial at the U.S. Courthouse, 400 N. Miami Ave., Miami, FL, #13-3 on December 9, 2013 at 9 a.m. and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Henry Tarrio, Jr. now in custody as aforesaid, under safe and secure conduct, before this Court at 400 N. Miami Ave., Miami, FL, #13-3 by or before 9:00 , A.   M., on December 9, 2013 , for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Federal Prison Camp at Pensacola, Florida to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Henry Tarrio, Jr., Reg. No. 98721-004, DOB 2-15-84 for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, Florida , this 27th day of November , 2013

*/s/ Andrea M. Simonton*

UNITED STATES          MAGISTRATE JUDGE

cc:  U.S. Attorney ( AUSA Robert T. Watson          )

U.S. Marshal (3 certified copies)
Chief Probation Officer